

CERTIFIED FROM THE RECORD
02/11/2022
Joshua C. Lewis
*Sarah M. Sewall*
Deputy Clerk

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: SOCLEAN, INC., MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                                     MDL No. 3021

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On February 2, 2022, the Panel transferred 11 civil action(s) to the United States District Court for the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Western District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Joy Flowers Conti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Pennsylvania and assigned to Judge Conti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Western District of Pennsylvania for the reasons stated in the order of February 2, 2022, and, with the consent of that court, assigned to the Honorable Joy Flowers Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 11, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: SOCLEAN, INC., MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**  MDL No. 3021

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **ALABAMA SOUTHERN** | | | | |
| ALS | 1 | 21−00472 | Coley v. SoClean, Inc. | |
| **ARIZONA** | | | | |
| AZ | 3 | 21−08242 | Lange v. SoClean Incorporated | |
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 8 | 21−01794 | James Borland v. SoClean, Inc. | |
| **COLORADO** | | | | |
| CO | 1 | 21−02891 | Koumantakis v. SoClean, Inc. | |
| **KANSAS** | | | | |
| KS | 2 | 21−02494 | Albright v. SoClean, Inc. | |
| **LOUISIANA EASTERN** | | | | |
| LAE | 2 | 21−02053 | Ieyoub et al v. SoClean Inc | |
| **MASSACHUSETTS** | | | | |
| ~~MA~~ | ~~1~~ | ~~21−11662~~ | ~~SoClean, Inc. v. Koninklijke Philips N.V. et al~~ | Opposed 2/11/22 |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 3 | 21−00692 | Blissett v. SoClean, Inc. | |
| **MISSOURI WESTERN** | | | | |
| MOW | 4 | 21−00783 | Pomianek v. SoClean, Inc. | |
| **NEW YORK SOUTHERN** | | | | |
| NYS | 7 | 21−08854 | Seicol v. SoClean, Inc. | |
| **NORTH CAROLINA EASTERN** | | | | |

| | | | |
|---|---|---|---|
| NCE | 5 | 21−00443 | Screen v. Soclean, Inc. |

OKLAHOMA NORTHERN

| | | | |
|---|---|---|---|
| OKN | 4 | 21−00460 | Hill v. SoClean, Inc. |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 21−03562 | Carlile v. SoClean, Inc. |